1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALFRED KING,                              No.  2:13-cv-2010 CKD P

12                    Plaintiff,

13          v.                                 ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16                    Defendants.

17

18          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

20   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

21   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

22   certified copy of his prison trust account statement for the six month period immediately

23   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

24   opportunity to submit a completed in forma pauperis application and a certified copy in support of

25   his application.

26          In accordance with the above, IT IS HEREBY ORDERED that:

27          1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied without

28   prejudice;

                                                    1

1     2.  Plaintiff shall submit, within thirty days from the date of this order, a completed

2    affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

3    of Court;

4     3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

5    Forma Pauperis By a Prisoner; and

6     4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

7    his prison trust account statement for the six month period immediately preceding the filing of the

8    complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this

9    action be dismissed without prejudice.

10   Dated:  October 4, 2013

11

12                        CAROLYN K. DELANEY
                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16   2/kly
     king2010.3c+.new

17

18

19

20

21

22

23

24

25

26

27

28

2