UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS & REHABILITATION,<br>et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2010 MCE CKD P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On January 8, 2014, the court recommended that this action be dismissed without prejudice due to plaintiff's failure to timely file an amended complaint.  (ECF No. 8.)  On January 10, 2014, plaintiff's first amended complaint was docketed in this action.  (ECF No. 9.) Accordingly the court will vacate its recommendation of dismissal and proceed to screen the amended complaint.

////

////

////

1

IT IS HEREBY ORDERED that the findings and recommendations of January 8, 2014 are VACATED.

Dated: January 16, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/king2010.vac